HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant
TASHALLALYNN A. BENFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00051-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| TASHALLALYNN A. BENFORD | DATE: May 13, 2021 |
| Defendant. | Time: 9:00 a.m. |
| | JUDGE: Hon. Carolyn K. Delaney |

This case was previously set for a status conference on May 13, 2021. On May 10, 2021, defense counsel emailed counsel for the government requesting a continuance and exclusion of time under the Speedy Trial Act. Defense counsel requests this Court grant this exclusion in accordance with and under the ends-of-justice exception, § 3161(h)(7) (Local Code T4). [1]

**STIPULATION**

Defendant, by and through her counsel of record, and the United States of America, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on May 13, 2021 at 9:00 a.m.

---

[1] The parties note that General Order 612 acknowledges that a district judge may make "additional findings to support the exclusion" at the judge's discretion. General Order 612, ¶ 5 (E.D. Cal. March 18, 2020).

Stipulation and [Proposed] Order

2. Defendant is set to begin working at a new job on May 13, 2021, in Sacramento County.

3. Since the initial appearance, the defendant has indicated a desire to set her case for a jury trial.

4. By this stipulation, the parties now jointly move to continue the status conference to June 17, 2021 at 9:30 a.m., and to exclude time between May 13, 2021, and June 17, 2021, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant desires additional time as defendant is set to begin working for a new employer on May 13, 2021, and as such needs additional time to prepare this case for trial, including reviewing discovery, interviewing witnesses, and meeting with the client.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to a continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2021 to June 17, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [reasonable time to prepare] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

///

period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 11, 2021                           HEATHER E. WILLIAMS
                                              Federal Defender

                                              /s/ Linda C. Allison
                                              LINDA C. ALLISON
                                              Assistant Federal Defender


Dated: May 11, 2021                           PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              /s/ Alstyn Bennett
                                              ALSTYN BENNETT
                                              Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED that the status conference is continued to June 17, 2021 at 9:30 a.m. as set forth above.

The Court has considered all of the factors listed above and specifically find that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The Court orders that time under the Speedy Trial Act shall be excluded from May 13, 2021, to June 17, 2021, under Local Code T4.

FOUND AND ORDERED.

Dated: May 12, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE