UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>TASHALLALYNN A. BENFORD,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:21-CR-00051-CKD<br><br>ORDER TO DISMISS AND VACATE STATUS<br>CONFERENCE<br><br>DATE:  June 17, 2021<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-cr-00051-CKD is GRANTED.

It is further ordered that the status conference scheduled on June 17, 2021, is vacated.

IT IS SO ORDERED.


Dated: June 8, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE